UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOE HAND PROMOTIONS, INC.,

                     Plaintiff,

  -against-

MT LIKQUID LOUNGE, INC. and MICHAEL TARTAGLIONE,

                     Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/5/2022__

No. 18 CIV 11574 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On April 29, 2022, the Court issued an Order to Show Cause why this case should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 24.) Plaintiff responded on May 4, 2022, requesting this Court docket a signed Order to Show Cause against defendants MT Likquid Lounge, Inc. and Michael Tartaglione. (ECF No. 25). Accordingly, the Court withdraws the Order to Show Cause as moot.

Plaintiff is directed to file an updated Proposed Order to Show Cause and supporting documents.

Dated:   May 5, 2022
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1